```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
   BILL WISSER,                          :    22 Civ. 1063 (VM)
                                         :
                   Plaintiff,            :
                                         :    ORDER OF
       - against -                       :    CONDITIONAL
                                         :    DISCONTINUANCE
                                         :
   ARTSPACE LLC.,                        :
                                         :
                                         :
                   Defendant.            :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Counsel for the parties, having notified the Court on July 20, 2022 (see Dkt. No. 18) that the parties have reached an agreement in principle to settle this action without further litigation, and do not object to the issuance of this Order, it is hereby

**ORDERED,** that this action be conditionally discontinued without prejudice and without costs. Within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Any application for restoration of the action to the active calendar of this Court must be made by letter within thirty (30) days of the date of this Order. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice

1

in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court scheduled in this action are canceled. The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         21 July 2022

                                              Victor Marrero
                                                U.S.D.J.